Case 3:20-cr-05265-CVB   Document 15   Filed 07/19/21   Page 1 of 1

AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002: BJS 6/2013)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

FILED _____ LODGED
_____ RECEIVED
07/19/2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (Short Form) |
| FRANCES F. MALAUULU | CASE NUMBER: CR20-5265 |

Jerome Kuh
Defendant's Attorney

☒ **THE DEFENDANT** pleaded guilty to  the single-count Information (misdemeanor)

| Title & Section | Nature of Offense | Offense Ended | Count No. |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 641 | Theft of Government Property (less than $1,000) | 04/18/2020 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|---|
| $100 | $75 | $25.00 | $ N/A | Within 10 months |

| | | |
|---|---|---|
| Defendant's SSN: | XXX-XX-8399 | s/ Barbara J. Sievers |
| | | BARBARA J. SIEVERS, Assistant United States Attorney |
| Defendant's DOB: | XX-XX-1989 | |
| | | July 19, 2021 |
| Defendant's USM No: | N/A | Date of Imposition of Judgment |

_Via zoom Frances Malauulu_
Defendant's Signature

_Theresa L. Fricke_
Signature of Magistrate Judge

THE HONORABLE THERESA L. FRICKE
United States Magistrate Judge

7-19-2021
Date